THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES H. BAILEY, Appellant.

Court of Special Sessions, City of New York, Appellate Part, Second Judicial Department, August 14, 1928.

Crimes — conducting employment agency without license — act is crime, under Gen. Business Law, § 172, and is not violation of Code of Ordinances of City of New York, chap. 14, § 1 — defendant discharged for lack of jurisdiction of Magistrate's Court.

The Magistrate's Court of the City of New York improperly convicted the defendant of violating section 1 of chapter 14 of the Code of Ordinances of the City of New York in that he operated an employment agency without a license, for that section does not apply.   But the crime charged is a misdemeanor, under section 172 of the General Business Law, and the magistrate had no jurisdiction to try that crime.

APPEAL by defendant from a judgment convicting him of unlawfully operating an employment agency without a license.

*George E. Hall*, for the appellant.

*Joab H. Banton, District Attorney*, for the respondent.

PER CURIAM.   The appellant was tried and convicted in the Magistrates' Court of violating chapter 14, section 1, of the ordinances of the city of New York, in that he did unlawfully operate an employment agency located at 2295 Seventh avenue, in the borough of Manhattan, city of New York, without having a license therefor.

The ordinance in question has no application in this case.   The crime charged is a misdemeanor as provided by article 11, section 172, of the General Business Law,* and the magistrate had no jurisdiction to try the same.

Judgment reversed and the complaint dismissed on the law. Facts not examined.   Defendant discharged and fine ordered repaid.

Present — KERNOCHAN, FETHERSTON and HERBERT, JJ.

---

* As amd. by Laws of 1910, chap. 700.— [REP.